# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHET HUGHES,

    *Petitioner,*

vs.

DIR. SKOLNIK, NDOC, *et al.*

    *Respondents.*

3:10-cv-00165-HDM-RAM

ORDER

    Petitioner, a Nevada state inmate, has filed a habeas petition seeking to challenge a Nevada state detainer. Petitioner did not pay the filing fee or file an application to proceed *in forma pauperis*.

    It further appears from the papers presented that petitioner has not exhausted his federal claims in the state courts. A habeas petitioner first must exhaust his state court remedies on a claim before presenting that claim to the federal courts. To satisfy this exhaustion requirement, the claim must have been fairly presented to the state courts completely through to the highest court available, in this case the Supreme Court of Nevada. *E.g., Peterson v. Lampert*, 319 F.3d 1153, 1156 (9th Cir. 2003)(*en banc*).

    IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice. The Clerk shall enter final judgment accordingly, dismissing this action without prejudice.

    DATED: March 25, 2010.

                                                         _____
                                                         HOWARD D. MCKIBBEN
                                                        United States District Judge